Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for misdemeanor swindling, punishment assessed being by fine of $100.-00 and 30 days in jail.

 The record contains neither statement of facts nor bills of exception, and would ordinarily call for an affirmance.

 However, we observe that while the transcript contains a verdict of guilty, no judgment thereon is shown to have been entered. If there is no judgment no appeal will lie. Donegan v. State, 89 Tex.Cr.R. 193, 230 S.W. 166; McCallan v. State, 112 Tex.Cr.R. 173, 15 S.W.2d 1049; Articles 783 and 784, C.C.P.(1925)

The appeal is dismissed.

## BARNETT v. STATE.
### No. 19818.

Court of Criminal Appeals of Texas.

June 1, 1938.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for unlawfully driving an automobile upon the public highway while intoxicated; penalty assessed at a fine of $50.00 and confinement in the county jail for five days.

The indictment appears regular. The record is before this court without bills of exception or statement of facts. The appel-

lant entered a plea of guilty to the offense charged and waived a jury upon the trial. No fundamental error has been perceived or pointed out.

The judgment is affirmed.